■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE PENDER, Appellant. [777 NYS2d 765]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered July 15, 2002, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the prosecutor's comments on summation constituted reversible error is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]), and, in any event, is without merit. The prosecutor's remarks were fair comment on the evidence and fair responses to the defense counsel's statements in summation (*see People v*

*Russo,* 201 AD2d 512 [1994], *affd* 85 NY2d 872 [1995]). Moreover, since the prosecutor did not state her personal belief regarding the truthfulness of the People's witnesses, it cannot be said that she improperly vouched for their credibility (*see People v Evans,* 291 AD2d 569 [2002]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Schmidt, Townes and Mastro, JJ., concur.